AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KHURAM ZIA ET AL

**APPEARANCE**

Case Number: 06 MAG. 1775

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KHURAM ZIA

I certify that I am admitted to practice in this court.

December 20, 2006
Date

Signature

WILLIAM A. SANDBACK | WS1706
Print Name | Bar Number

200 OLD COUNTRY ROAD
Address

MINEOLA | NY | 11501
City | State | Zip Code

(516) 248-8000 | (516) 741-9398
Phone Number | Fax Number