

**M E M O R A N D U M**

TO:       RICHARD M BERMAN
          U.S. DISTRICT JUDGE

FROM:     MICHAEL FITZPATRICK, Chief
          Pretrial Services Officer

                                    RE:   ZIA, KHURAM

                                    DOCKET #:   07 CR 334

The attached memorandum was prepared by Pretrial Services Officer

    THOMAS J. MARINO JR. (212) 805-4130

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-named defendant.

We are requesting direction from the court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]    I have reviewed the information that your have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]    Please inform all parties concerned that I will conduct a ~~Bail Review Hearing~~ conference in Courtroom # __6A__ on __May 14, 2007__ at __NOON__.
                                                                                      DATE
          TIME

[ ]    I request that a Bail Review hearing be conducted by:

       [ ]    The presiding Magistrate Judge in the Arraignment Courtroom on the 5th Floor at 500 Pearl Street.

       [ ]    The District Court Judge presiding in Part I.

       [ ]    _____
                      Judicial Officer

       at his/her earliest convenience.

COMMENTS:   Probation to notify parties + counsel

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/07
```

SO ORDERED:
RMB
_____
RICHARD M. BERMAN U.S.D.J.
5/7/07

## **MEMORANDUM**

TO:       Honorable Richard M. Berman
          United States District Judge

FROM:     Thomas J. Marino Jr.
          United States Pretrial Services Officer

RE:       Zia, Khuram
          07 CR 334

DATE:     May 3, 2007
_____

On 12/8/06 the defendant appeared before United States Magistrate Judge Michael Dolinger and was charged with Conspiracy to Commit Credit Card Fraud. Subsequently, he was released with the following bail : $100,000 bond secured by $5,000 in cash, cosigned by two financially responsible individuals, strict Pretrial Services supervision, surrender all travel documents and no new applications, and travel restricted to the SDNY/EDNY.

From 12/11/06 through 5/1/07 the defendant has reported to Pretrial Services once every week in person and called once a week as directed.

However, on 4/4/07 the defendant was arrested by the Yonkers Police Department and was charged with Driving with a Suspended Driver's License. Subsequently, he appeared in Yonkers City Court and was released on his own recognizance. In addition, the defendant was issued a desk appearance ticket and his next court appearance was scheduled for 4/17/07. On 4/17/07 the defendant appeared in Yonkers City Court, pled guilty to Driving with a Suspended Driver's License and paid a fine of $150.

Your Honor, the memorandum has been submitted for the court's information and the undersigned officer is not requesting that any action be taken at this time.

Respectfully Submitted,

_____
Thomas J. Marino Jr.
U.S. Pretrial Services Officer


Reviewed By: _____
Marsha Davies Calhoun, Supervisor
United States Pretrial Services Officer


cc: David O'Neil, Assistant U.S. Attorney
    Isabelle A. Kirshner, Defense Attorney.