# Donald R. Schechter, ESQ.

Attorney-at-Law
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, New York 11415

(718) 263-4450
Fax (718) 520-0921

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

July 6, 2007

United States District Court
Southern District of New York
Honorable Richard M. Berman
500 Pearl Street
New York, New York 10007

> Counsel's papers is too late. Contact Court deputy for another date (or else we will see everyone on 7/26 as scheduled).
>
> SO ORDERED:
> Date: 7/11/07   Richard M. Berman
>   Richard M. Berman, U.S.D.J.

RE: United States of America v Khuram Zia and Muhammad N. Ali
Docket # 1:07-CR-00334-RMB

Dear Judge Berman:

    Please be informed that I have been retained to represent Mr. Khuram Zia, one of the defendants in the above mentioned matter. I have this date spoken to Assistant United States Attorney, David A. O'Neil and informed him that I was retained. It has been brought to my attention that there is a pre-trial conference scheduled for July 26, 2007 at 12:00 p.m. noon.

    Unfortunately, I have a scheduling conflict for that date and have just received what I understand to be 5,000 pages of discovery material. I am also beginning a trial in state court on July 9, 2007 which, I anticipate, will last approximately six (6) days.

    By virtue of the a foregoing, it would be appreciated if the pre-trial conference scheduled for July 26, 2007 be postponed to any one of the three (3) following dates,

to wit: July 31, 2007, August 3 or 10, 2007.

I have communicated my desire to adjourn the pretrial conference to Assistant United States Attorney O'Neil who informed me that he takes no position.



RECEIVED
JUL 09 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

      Please advise the undersigned if it would be possible to postpone said conference to one of the aforesaid dates.

Very truly yours,

Donald R. Schechter, Esq.

DRS:jf

Cc:    Assistant United States Attorney David O'Neil