USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

KHURAM ZIA,

                Defendant.
-----------------------------------------------------------X

**ORDER**

07 CR. 334 (RMB)

    WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on February 11, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

    IT IS HEREBY ORDERED that KHURAM ZIA's guilty plea is accepted.

Dated: New York, New York
       March 6, 2008

_____
RICHARD M. BERMAN, U.S.D.J.