# Donald R. Schechter P.C.

**Attorney-at-Law**
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, New York 11415

(718) 263-4450
Fax (718) 520-0921



July 16, 2008

United States District Court
Southern District of New York
Honorable Richard M. Berman
500 Pearl Street
New York, New York 10007

RE:   United States of America v Khuram Zia and Muhammad N. Ali
Docket # 1:07-CR-00334-RMB

Dear Judge Berman:

In light of the fact that I have a calendar conflict for Wednesday, July 23, 2008 it is my understanding that the Court graciously adjourned the above matter to July 30, 2008 at 12:00 noon. At that time and date I will appear with my client.

Very truly yours,

Donald R. Schechter, Esq.

DRS:jf

Cc:   Assistant United States Attorney David O'Neil
      Mr. Khuram Zia

SO ORDERED:

RICHARD M. BERMAN U.S.D.J.
7/16/08